**Order filed April 10, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00979-CV
_____

## IN RE RH WHITE OAK, LLC, BRIAN HARDY, COLIN ZAK, ENTEX PARTNERS, LTD., AND ENTEX MANAGEMENT SERVICES, L.L.C., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-81470**

## ORDER

On February 6, 2014, this Court issued a memorandum opinion conditionally granting, in part, and denying, in part, relators' petition for writ of mandamus. The Court on its own motion **ORDERS** the memorandum opinion be re-designated a non-memorandum opinion.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.